IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:09-cr-00011-MP-AK

JOSE SANCHEZ,
ROGELIO CABRERA, and
JORGE ALBERTO PEREZ,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 90, Second Motion to Continue Trial, filed by Defendant Rogelio Cabrera. On June 30, 2009, the Court held a telephonic hearing to discuss the status of the jury trial, which is currently scheduled for July 14, 2009. With the exception of Reinaldo Rodriguez, counsel for Defendant Jose Sanchez, counsel for all parties participated in the hearing. At the hearing, counsel for Defendant Jorge Alberto Perez initially objected to any continuance. The parties acknowledged, however, that Defendant Sanchez has filed a motion to suppress (Doc. 91), consideration of which will necessarily delay the start of trial. The Court therefore proposed and the parties agreed to schedule a hearing on the motion to suppress for July 14, 2009, and to continue the trial to the trial period beginning August 11, 2009. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the

defendants and the public in a speedy trial.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. A hearing on Defendant Jose Sanchez's motion to suppress (Doc. 91) is set for Tuesday, July 14, 2009, at 1:30 p.m.  The government shall file its response to the motion by 5:00 p.m. on Wednesday, July 8, 2009.

2. The motion to continue (Doc. 90) is GRANTED.  The defendants' trial is continued to the trial period beginning Tuesday, August 11, 2009.

**DONE AND ORDERED** this *30th* day of June, 2009

       *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge

*Case No: 1:09-cr-00011-MP-AK*