# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

       VS                                                      CASE NO.  1:09-CR-11-01 MMP

JOSE SANCHEZ

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for:  _X_  Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Jose Sanchez #20585-017_____ (Payee)
Address:   FCI Forrest City Low
           PO Box 9000
           Forrest City, AR 72336

Receipt Number  _B041111DFLN109CR000011_   Date of Receipt  ___05/261/11_____

Motion: N/A

Explanation: Jose Sanchez's $200.00 special assessment had a balance of $25.01.  The Clerk's office received $50.00 on the April 2011 Bureau of Prisons (BOP) reports, resulting in an overpayment of $24.99. According to the court dockets and financial records, Mr. Sanchez does not owe any additional money.  Requesting authorization to refund the $24.99 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by: ____*s/Philip Detweiler*_____
               Philip Detweiler, Financial Specialist        Date:  June 1, 2011

Referred by: _____ ,Deputy Clerk

## ORDER OF COURT

It is ORDERED this  _1st_  day of  _June_ , 2011, that the Clerk refund the identified funds to the payee.

                                                ___s/ Maurice M. Paul_____
                                                MAURICE M. PAUL, SENIOR
                                                UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99