UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

-vs-                                      Case No. 1:09-cr-00011-WTH-GRJ-1

JOSE SANCHEZ,

    DEFENDANT.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 31, 2017. (Doc. 160). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 160, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "Petitioner's amended "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in Federal Custody," Doc. 152,, as further amended by Petitioner's "Retroactive Motion under 18 U.S.C. § 2255 based on *Dean v.*

*United States,*" Doc. 157, is **DENIED**. A certificate of appealability is **DENIED**."

3. The clerk is directed to terminate any pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 17th day of July, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE